■■■■■■ Argued March 23, 1977. Howard D. Scher, with him Goodis, Greenfield, Henry & Edelstein, for appellants; Joseph L. Monte, Jr., submitted a brief for appellee, Auerbach; Garland D. Cherry, with him Kassab, Cherry, Curran and Archbold, for appellee, JAVC, Inc.

Decree affirmed.

379 A.2d 575

Commonwealth v. Aikens, Appellant.

■■■■■■ Submitted April 2, 1976. David Cohen, for appellant; Steven H. Goldblatt, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 575

Commonwealth v. Allen, Appellant.

Submitted September 13, 1976.
Kenneth Mirsky and John W. Packel, Assistant Defenders, and Benjamin Lerner, Defender, for appellant; Gaele McLaughlin Barthold and Deborah E. Glass, Assistant District Attorneys, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 575

Commonwealth v. Allen, Appellant.

Submitted June 13, 1977.
Harry W. Farmer, Jr., Assistant Public Defender, and John R. Merrick, Public Defender, for appellant; James R. Freeman, Assistant District Attorney, and William H. Lamb, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

379 A.2d 576

Commonwealth v. Ashford, Appellant.